■ TEL-TRU MANUFACTURING CO., INC., Respondent-Appellant, v NORTH RIVER INSURANCE COMPANY et al., Appellants, and UTICA MUTUAL INSURANCE COMPANY, Respondent, et al., Defendant. (Appeal No. 2.) — Order unanimously modified, and, as modified, affirmed, without costs, in accordance with same memorandum as in *Tel-Tru Mfg. Co. v North Riv. Ins. Co.* (Appeal No. 1) (90 AD2d 670). (Appeals from order of Supreme Court, Monroe County, Curran, J. — summary judgment.) Present — Dillon, P. J., Simons, Doerr, Moule and Schnepp, JJ.

■ TEL-TRU MANUFACTURING CO., INC., Respondent, v NORTH RIVER INSURANCE COMPANY, Appellant, et al, Defendants. (Appeal No. 3.) — Order unanimously reversed, without costs, defendant North River Insurance Company's motion for summary judgment granted, and judgment entered in its favor, in accordance with same memorandum as in *Tel-Tru Mfg. Co. v North Riv. Ins. Co.* (Appeal No. 1) (90 AD2d 670). (Appeals from order of Supreme Court, Monroe County, Curran, J. — summary judgment.) Present — Dillon, P. J., Simons, Doerr, Moule and Schnepp, JJ.